FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

*Aug 09, 2012*

GREGORY C. LANGHAM, CLERK

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
### The Honorable Sidney B. Brooks

**In re:**

| | | |
|---|---|---|
| MICHAEL DENIS BRUNK, JR., | ) | Case No. 11-26999-SBB |
| SSN: xxx-xx-0369, | ) | |
| TAMMY MARIE BRUNK, | ) | |
| SSN:   xxx-xx-1284, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |

### NOTICE OF APPEAL

Creditor/Appellant, Gary Ervin, through counsel, Kramer Law, LLC, appeals pursuant to 28 U.S.C. § 158(a) and Fed. R. Bankr. P. 8001 from the Judgment entered July 31, 2012 and the Order Denying Creditor's Motion for Extension of Time to Object to Discharge (Docket #33) and Denying Overruling the Objection to Entry of this Order (Docket #91) (collectively "Order and Judgment"). See Docket ## 93 & 94.

The names of all parties to the Order and Judgment appealed from, the names and addresses, telephone numbers and emails of their respective attorneys are as follows:

Debtors/Appellants Michael Denis Brunk and Tammy Marie Brunk:  Sandra Stanley, Shaver & Stanley, LLC, 326 Main Street, Suite 223, The Fox Building, Grand Junction, CO 81501.  970-244-8880.  sstanley@mesa.net

Debtors/Appellants Michael Denis Brunk and Tammy Marie Brunk:  Aaron Israels, Israels & Goldworthy, LLP, 4155 E. Jewell Avenue, Suite 502, Denver, CO 80222.  303-268-3991.  isarelsplc@gmail.com

Submitted this 8th day of August 2012.

KRAMER LAW LLC

/S/ Harvey L. Kramer

Harvey L. Kramer, Reg. No. 31239
1008 Cherokee Street
Denver, CO 80204
Telephone: 303-282-4342
Email: hkramer@kramlaw.com
Attorney for Gary Ervin

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August 2012 a true and correct copy of the **NOTICE OF APPEAL** were placed in the United States Mail, postage prepaid and correctly addressed to the following:

Sandra Stanley, Esq.
326 Main Street, Suite 223
Grand Junction, CO 81501

Aaron Israels, Esq.
Israels & Goldsworthy, LLP
4155 E. Jewell Ave., Ste. 502
Denver, Colorado 80222

US Trustee
999 18th Street, Suite 1551
Denver, CO 80202-2415

Douglas E. Larson, Trustee
422 White Avenue, Suite 323
Grand Junction, CO 81501

/S/ Harvey L. Kramer