IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Nos. 12-cv-2108-JLK-AP and 12-cv-02545-JLK-AP
Bank. No. 11-26999 SBB

**In re:**

**MICHAEL DENIS BRUNK, JR.,
TAMMY MARIE BRUNK,**
_____

**GARY ERVIN,**

      Appellant,

v.

**MICHAEL DENIS BRUNK, JR.,
TAMMY MARIE BRUNK,**

      Appellees.
_____

ORDER REMANDING CASES TO BANKRUPTCY COURT
_____

KANE, J.

      Creditor Gary Ervin filed these related appeals from certain rulings and actions of the bankruptcy court in the Chapter 7 bankruptcy case of Michael and Tammy Brunk.  The appeals came before me today for a status/scheduling conference.  As I observed at the conference, there appears to be no substantive record on which appellate review over the issues raised may be had. Accordingly, these cases are REMANDED to the bankruptcy court to conduct such evidentiary hearings as may be initiated by counsel. The bankruptcy court should make findings and conclusions and certify a record for review by this court.

      Dated October 16, 2012, at Denver, Colorado.

                                          **s/John L. Kane**
                                          SENIOR U.S. DISTRICT JUDGE